**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar# 12283
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Defendant*
*Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY HATCHER, individually, and as mother, general guardian of N.H., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES INC.,<br><br>Defendants. | Case No.:   2:22-cv-01225-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

    IT IS HEREBY STIPULATED AND AGREED, by and between: Defendant WAL-MART STORES, INC., by and through its attorneys KURT R. BONDS, ESP., and PATRICE STEPHENSON-JOHNSON, ESQ., of ALVERSON TAYLOR & SANDERS and Plaintiff TIFFANY HATCHER, by and through her attorneys PETER C. WETHERALL, ESQ of WETHERALL GROUPM LTD., and ALICIA D. O'NEILL and MIKAL C. WATTS of WATTS GUERRA LLC Pro Hac Vice, that that the deadline for Walmart to answer, move, or otherwise respond to Plaintiff's Complaint is extended until thirty (30) days following the ruling by the Judicial Panel on Multidistrict Litigation (the "JPML") on the Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer").

    This matter relates to products liability where Plaintiff alleges that Defendant failed to warn

about the dangers of prenatal exposure to Paracetamol, also known as Acetaminophen, and its alleged propensity to causes autism spectrum disorder and attention-deficit/hyperactivity disorder in children.

On June 10, 2022, a Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer") was filed with the Judicial Panel on Multidistrict Litigation (the "JPML") in In re: Acetaminophen – ASD/ADHD Products Liability Litigation, MDL No. 3043, seeking transfer and coordination for pretrial purposes of all currently filed actions and subsequently filed related actions, that allege wrongful conduct relating to the over-the-counter drug, Acetaminophen. See In re: Acetaminophen – ASD/ADHD Prods. Liab. Litig., MDL No. 3043, Dkt. 1 (J.P.M.L. June 10, 2022).

On July 29, 2022, Plaintiff filed this action, Hatcher v. Wal-Mart Stores, No. 2:22-cv-01225, against Defendant Walmart.

On July 29, 2022, Plaintiff filed a Notice of Related Action with the JPML in In re: Acetaminophen – ASD/ADHD Products Liability Litigation, MDL No. 3043 notifying the Panel of this action. In re: Acetaminophen, MDL No. 3043, Dkt. 37 (J.P.M.L. July 29, 2022).

The Motion to Transfer will be heard by the JPML during its September 29, 2022 Panel Hearing Session. In light of the Motion to Transfer's request to coordinate the instant action and all related actions in a multidistrict litigation, and because that Motion will not be heard by the JPML until September 29, 2022:

IT IS HEREBY STIPULATED and AGREED, by and between the Parties, that the time for Walmart to respond to Plaintiff's Complaint shall be extended to thirty (30) days after the JPML's ruling on the Motion to Transfer.

This stipulation is based on the following:

1. On June 29, 2022, Defendant received Plaintiff's Complaint that included extensive allegations.

2. The Motion to Transfer will be heard by the JPML during its September 29, 2022 Panel Hearing Session. In light of the Motion to Transfer's request to coordinate the

instant action and all related actions in a multidistrict litigation, and because that Motion will not be heard by the JPML until September 29, 2022:

3. IT IS HEREBY STIPULATED and AGREED, by and between the Parties, that the time for Walmart to respond to Plaintiff's Complaint shall be extended until thirty (30) after the JPML's ruling on the Motion to Transfer.

**IT IS SO AGREED AND STIPULATED:**

DATED: 09/27/2022

ALVERSON, TAYLOR, & SANDERS

/s/ *Kurt R. Bonds*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICE STEPHENSON-JOHNSON, ESQ.
Nevada Bar No. 12283
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

DATED: 09/27/2022

WATTS GUERRA, LLC

/s/ *Alicia D. O'Neill*
ALICIA D. O'NEILL
Watts Guerra LLC
5726 W. Hausman Dr. Suite 119
San Antonio, TX 78249
210-447-0500

MIKAL C. WATTS
Watts Guerra LLC
5726 W. Hausman Dr. Suite 119
San Antonio, TX 78249
210-447-0500

PETER C WETHERALL
Wetherall Group, Ltd.
6671 S. Las Vegas Blvd. Ste 210
Las Vegas, NV 89119
702-838-8500
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: September 28, 2022

3

KB-86